FILE COPY



**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

November 5, 2013

Hon. Katie Pearson Klein
Dale & Klein, L.L.P.
1100 E. Jasmine Ave., Suite 202
McAllen, TX  78501

Hon. Raymond L. Thomas
Kittleman, Thomas & Gonzalez
P.O. Box 1416
McAllen, TX  78504

Hon. Rosemary Conrad-Sandoval
Roerig, Oliveira & Fisher
10225 N. 10th Street
McAllen, TX  78504

Hon. Ricardo Pumarejo Jr.
Kittleman, Thomas & Gonzalez
4900-B N. 10th Street
McAllen, TX  78504

Hon. Deborah Lee Cordova
P.O. Box 1416
McAllen, TX  78505

Re:      Cause No. 13-13-00513-CV
Tr.Ct.No. C248011IB
Style:   IN RE CORNELIO MORALES

Enclosed please find the opinion issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    398th District Court
       Hon. Laura Hinojosa, District Clerk/Hidalgo
       Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region